```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 5-28-20
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EUGENE PANDOLAS,

                  Plaintiff,

      v.

ANAZCO TRUCKING CO., INC. and
DIEGO PELAEZ GONZALEZ.,

                  Defendants.

No. 19-CV-11889 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    In light of the extension of the deadline to complete fact deposition to June 24, 2020, Dkt. 12, the post-discovery conference presently scheduled for May 29, 2020 is hereby adjourned to June 26, 2020 at 11:30 AM and is converted to a telephone conference.  The parties shall call (888) 363-4749 and enter Access Code 1015508, followed by the pound (#) key.  The parties shall submit the status letter described in paragraph 11 of the Case Management Plan and Scheduling Order, Dkt. 9, no later than June 19, 2020.

SO ORDERED.

Dated:    May 28, 2020
           New York, New York

                                              Ronnie Abrams
                                              United States District Judge